IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MOORE'S JACKSONVILLE
FUNERAL HOME                                                                                           PLAINTIFF

v.                      No. 4:13-cv-98-DPM

CREMATORY MANUFACTURING &
SERVICE, INC.                                                   DEFENDANT/
                                                                                 COUNTER CLAIMANT

AMERICAN FUNERAL SERVICE, INC.
d/b/a Moore's Jacksonville Funeral Home       COUNTER DEFENDANT

## ORDER

The Court appreciates the parties' supplemental briefs on jurisdiction. Moore's motion for remand, № 8, is granted. The funeral home's complaint seeks damages for breach of contract (or restitution) of $22,009.50, which is significantly less than the amount in controversy required for diversity jurisdiction. 28 U.S.C. § 1332(a). Crematory Manufacturing's counterclaim, which seeks to recover on the contract as a whole, is not properly considered in fixing the amount-in-controversy. *Usery v. Anadarko Petroleum Corp.*, 606 F.3d 1017 (8th Cir. 2010). Eighth Circuit law is clear: the amount in

controversy is "measured by the value to the plaintiff of the right sought to be enforced." *Schubert v. Auto Owners Ins. Co.*, 649 F.3d 817, 821 (8th Cir. 2011) (quotation omitted). The value to Moore's of its right in contract or restitution is about $22,000. The case is therefore remanded to the Circuit Court of Pulaski County.

    So Ordered.

                                             */s/ D.P. Marshall Jr.*
                                             D.P. Marshall Jr.
                                             United States District Judge

                                           18 April 2013